Haix, Judge,
 

 delivered the opinion of the Court :
 

 It is said in
 
 Fitxherburfs Natura
 
 Brevimn, that a writ Of conspiracy for indicting for felony doth not lie, bui against two persons at the least ,* and that both or neither must be found guilty. But a‘ writ of conspiracy for indicting one for trespass or other falsity made, Jieth against one person only,
 
 (a)
 
 It appears from many adjudged cases !hat an action on the case in the nature of a conspiracy, will lie against one ; or if brought against many, all may be acquitted but one.
 
 (b)
 
 So that it is no good objection to this action that one has been acquitted, and the other found guilty.
 

 If several persons be made Deferí dan is
 
 jointly,
 
 where the tort in point of law could not be joint, they may dc-*-mur ; and if a verdict be taken against all, the judgment' ■may be arrested, or reversed on. writ of error,
 
 (d)
 
 In this case, the declaration charges both Defendants with that, of which only one can be guilty, viz : that the sale of the land was not advertised for forty days. This is a charge that can only bo made against the Sheriff, whose official duty it was, to advertise the sale; and if a verdict had been taken against both, advantage might have been taken of it in either of the ways before mentioned. But a verdict has been taken against the Sheriff only, and the other Defendant has been acquitted. This removes the objection. As in an action against husband and wife,, for that they spoke of the Plaintiff certain slanderous words, the jury found the husband guilty, and the wife not guilty ; the. Plaintiff had judgment. For though the
 
 *331
 
 adion ought not to be brought against both, and therefore, if the Defendant- had demurred to the declaration, it would have been held bad, yet the verdict cured this error,
 
 (d)
 
 indeed if the jury in the present case had found both Defendants guilty, the Plaintiff might have entered a
 
 nolle 'prosequi
 
 against Garland, and taken judgment against Westbrook,
 
 (e)
 
 Whether the charge of the court was right or not, Westbrook lias no cause of complaint. If wrong, it was only so as to Garland, who cannot complain, as the jury have acquitted him. Let the rule for a new trial be discharged.
 

 (a)
 

 F. N. B. 116.
 

 (b)
 

 1 Saund. 280, Note 4.
 

 (d)
 

 1
 
 Chitty’s Plend ings 74.
 

 (d)
 

 1 Roll. Abr. 781. 1 Str. 349. 2 Saund. 117, note 2.
 

 (e)
 

 1 Wills. 306. 1 Saund. 207, note 2.